# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 1:25-cv-01364 |
| SHEVICK SALES CORP. d/b/a, SLEEP ON LATEX, and BROOK TRUDEAU, | ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff FEDERAL INSURANCE COMPANY hereby dismisses this action against all defendants without prejudice.

Dated: February 27, 2025

Respectfully submitted,

**WALKER WILCOX MATOUSEK LLP**

/s/ Alla Cherkassky Galati
Christopher A. Wadley (No. 6278651)
Alla Cherkassky Galati (No. 6316595)
cwadley@walkerwilcox.com
agalati@walkerwilcox.com
One North Franklin Street, Suite 3200
Chicago, IL 60606-3610
(312) 244-6700 – Telephone

Attorneys for **FEDERAL INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 27, 2025, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF filing system, which will send notification of such filing to all counsel of record. Shevick Sales Corp. d/b/a Sleep on Latex, which has not filed an appearance, will be provided notification via their known counsel, Thomas J. Dammrich II of Mercer Oak, at the following email: tj@merceroaklaw.com.

        /s/ Alla Cherkassky Galati