## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Federal Insurance Company

                               Plaintiff,

v.                                                      Case No.: 1:25−cv−01364

                                                                  Honorable Sunil R. Harjani

Shevick Sales Corporation, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 3, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: In light of the notice of dismissal [13] and pursuant to FRCP 41(a)(1)(A)(i), this case is hereby dismissed without prejudice. All pending dates or deadlines are stricken. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.